UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV  26-3482-AS | Date | May 18, 2026 |
|---|---|---|---|
| Title | Dana Goodson v. Cetera Financial Group, Inc. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FILE PROOF OF SERVICE**

On April 1, 2026, Plaintiff filed a Complaint against Defendant Cetera Financial Group, Inc. (Dkt. No. 1).  On April 8, 2026, the Clerk of the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1]  (Dkt. No. 4).  On April 22, 2026, Plaintiff filed a proof of service indicating that Defendant was served on April 21, 2026, with the Summons and Complaint.  (Dkt. No. 69).  Because the proof of service did not reflect that Defendant was served with the Notice of Assignment as required by Local Rule 73-2.1, the Court issued an Order on April 22, 2026, requiring Plaintiff to serve the Notice of Assignment on Defendant by no later than ten (10) days from the date of the Order and to file proof of such service no later than five (5) calendar days from the date of service.[2]  (Dkt. No. 7).

On May 7, 2026, the parties filed a joint stipulation to extend the time for Defendant to answer the Complaint.  (Dkt. No. 9).  However, as of this date, Plaintiff still has failed to comply with the Court's April 22 Order by filing proof of service of the Notice of Assignment.

---

[1] As previously explained, the Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination.  (Dkt. No. 4).

[2] According to Central District of California Local Civil Rule ("Local Rule") 4-6, Plaintiff must "file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service."  Additionally, pursuant to Local Rule 73-2.1, Plaintiff must serve the Notice of Assignment on Defendant at the time of service of the summons and complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV  26-3482-AS | Date | May 18, 2026 |
|----------|----------------|------|--------------|
| Title | Dana Goodson v. Cetera Financial Group, Inc. | | |

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).  Failure to timely file a written response to this Order may result in dismissal of this action for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).

   **IT IS SO ORDERED.**